8TH JUDICIAL DISTRICT COURT
UNION COUNTY NM
FILED IN MY OFFICE
11/30/2017 1:31:50 PM
BERNABE P. STRUCK
DISTRICT COURT CLERK
Rhonda Aragon

_eighth_ _____ JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO

COUNTY OF _Union_ _____.

_Nick James Gonzales_ .
Plaintiff,                              )
                                        )
                                        )
                                        )
                                        )
                                        )
                                        )
                  v.                    )        CIVIL NO # **D-818-CV-2017-00088**
_Centurion health Care Providers_       )        **EMILIO J. CHAVEZ**
_of Northeastern N.M. Detention facility_ )      **District Judge, Division I**
Defendant(s), _M. Pagin Physician's assistant._   COMPLAINT
_MR. farnum Medical Service administer._          (TORT)
_- ME.A.M of Grievance manager_  NATURE OF THE ACTION
_- Attorney General_

1.    This is a tort suit authorized by the New Mexico Tort Claims Act, Chapter 41 N.M.S.A,

      by a corrections department prisoner who seeks damages for the following:

      (a)  _Medical Malpractice, Negligence, Negligent._
           _Supervision, Willful disregard to Patients rights_
           _And Consequences. Mental Anguish Violation of._
           _Statutes/ And a Constitution._
                                    _(Denial of Medical)_

                        II.    JURISDICTION

2.    _Eighth Judicial_ District Court has jurisdiction in Tort actions pursuant to the New

      Mexico Tort Claims Act N.M.S.A. Chapter 41. a Notice of Claim was previously filed

      with the Risk Management Division pursuant to 41-4-16, N.M.S.A. (1978).

                        III.    PARTIES

3.    The plaintiff is _Nick Gonzales_ _____, a prisoner at the _P.N.M; formally_
      _at Northeastern N.M Detention facility_

                              (1)

EXHIBIT
A

1) Defendant(s) are Geo Group inc Medical-and-Grievance employees

2) Mr. paquin Physician's assistant           .

3) MR. fannum Medical Services administration.

4) And Grievance Lieutenant J. Beatly           .

1) Plaintiff Sues each defendant in their full and in their individual

2) Capacities, And under the doctrine of respondeat Superior when applicable.

1 Claims against defendant(s) are Medical Malpractice willful Neglect

2 willful indifference to Serious risks And Consequences, Negligent

3 Supervision And Mental Anguish. Violation of Statutes/ Constitution

4 denial of Medical
             ✳    (Introduction And background information)

1 upon Arriving at Northeastern facility Plaintiff began having

2 Medical issues with his diagnosed Hepititus C disease, Suffering

3 Symptoms associated with the disease (weakness) Vomiting)

4 Juandice Symptoms which effected my every day enjoyment And

5 Cause Plaintiff Mental Anguish.

6) Soon there after - Plaintiff Sought out Medical Care And Attention for

7) his treatable disease And Symptoms.

1) ✳ facts And Substantiating facts ✳ Denied Medical

2) Plaintiff was referred to be examined by Physician's assistant

3 M. Pagin who did nothing to treat or care for Plaintiffs disease

4 nor Symptoms.

5 leaving Plaintiff to suffer Symptoms and devastating effects of the disease.

6 effectively denying Plaintiff his right to seek and receive medical

7 Care and attention for his serious and deadly Hep C disease. See

8 eStelle V Gamble — 429 U.S at 104.

9 M. Pagins failure to act resulted in Plaintiffs Sufferings and denied

10 Plaintiff his right to obtain Medical Care. and damaged my interests

11 in bodily integrity. M. Pagins failure to treat and Care for Plaintiff

12 intentionally inflicted mental and emotional outrage. And Anguish

13 There is a casual connection between defendant(S) Conducts

14 and Claimants distress.

15 M. Pagin Owed a duty of Care to Plaintiff as Assigned Medical Provider

16 She possessed the knowledge and Skill to treat and Care for Plaintiffs medical

17 issues but failed to) exhibit A Health Care Service Request and response

1 After M. Pagin's failure to act and Conduct her Assigned duties

2 Plaintiff Sought intervention and relief by filing a prison Complaint

3 and made Known) my issues to MR farnum – P Pagins

4 boss and facilities Medical Service Administration

5 MR farnum failed to act thus 'rubber Stamping' P Pagins denial.

6 Mr fainum was in a position to cure and prevent deficienties

7 occurring by those under his supervision, Mr fainum acted negligently

8 And negligently supervised

9 in An 'official' grievance complaint medical staff outright lied to

10 grievance officer, in falsly alledguing that Plantiff was being treated

11 at Chronic Clinic check ups.

12 See exhibits, other documentation shows medical staff outright denifying

13 Plantiff care and treatment for one illegitimate reason or the other

14 defendant Mr fainum owed a duty of care to Plantiff And was a

15 cause to Plantiffs sufferings.

1.) Grievance officer J. Beatty acted negligent in investigating the

2 matter, his failure to adequately investigate resulted in Plantiff

3 being denied medical attention And contributed to Plantiffs sufferings

4 Grievance officer had a duty to Plantiff in his position as Grievance

5 hearing officer who had the power to correct And cure medical

6 failures to act.

7 had Grievance officer not been negligent in handling the grievance

8 Plantiff would have been allowed care and treatment for his

9 symptoms and disease

10 Nuthing what so ever was done to treat And care for Plantiff

11 at Any time - in no. exhausted administrative remedies

NEW MEXICO CORRECTIONS DEPARTMENT · APR 2 5 2017

Ⓟ2055

## HEALTH SERVICE REQUEST FORM

NAME _Nick Gonzales_          DATE OF REQUEST _4-25-2017_

NMCD# _48218_   DOB _2-23-79_ SITE _____   UNIT _3B 211_

NATURE OF PROBLEM OR REQUEST (BE SPECIFIC) _i want to receive Hep C_
_Treatment. Under the equal protection clause, Cruel_
_and unusual. And due process clause. patient, is_
_weak - feeling ill - And like any sickness has a_

exhibit
(A)

I consent to be treated by Health Care Staff for the condition described. _right to Seek and obtain_
_medical attention. NG 4-25-2017_

Received
4-28-2017 Confirmed
on 29th.

**Inmate Signature and Date**

### DO NOT WRITE BELOW THIS AREA
### HEALTH CARE DOCUMENTATION

|                    | Date | Time | Initial |
|--------------------|------|------|---------|
| Received Triaged   |      |      |         |

C.   Brawley, LPN          APR 2 6 2017

Ⓒw38

SUBJECTIVE: _____

ALLERGIES

OBJECTIVE: _____

ASSESSMENT: _____

VITAL SIGNS

T _____

PLAN: _Fwd to Paquin_

P _____

R _____

4/26/17
EDUCATION: _You are non-compliant with your_
_clinic appointments, lab appointments_
_and labdraws. Also, your lab_
_work, when you allow it, isdoes_
_not meet the criteria for treatment_
_at this time_

HT _____

NURSING PROTOCOL NUMBER _____   _Barbara Paquin_          WT _____

BMI _____

| Nurse's Signature | Date | Time |
|-------------------|------|------|

REFER TO:
____ PROVIDER   ____ MENTAL HEALTH   ____ NURSING CLINIC   ____ DENTAL   ____ ADMINISTRATOR

| Patient Name | NMCD# | DOB | Facility |
|--------------|-------|-----|----------|
|              |       |     |          |

NMCD Approved
Rev. 07/01/2012

Medical Record Section 2 (Medical)
Medical Record Section 4 (Dental)

NMCD Form
#213 Health Services Request - English

Form CD-150501.1
Revised 01/25/12 Page 1

## NEW MEXICO CORRECTIONS DEPARTMENT
### INMATE GRIEVANCE

Inmate's Name: _Nick Gonzales_ NMCD#: _48218_  Grievance File #: _____

Institution: _NEAMDf_  Housing Unit: _3 B 211_  Date of Incident: _4-29-2017_

Date Received by Grievance Officer: _____

Grievance Officer's Signature: _____  _exhibit_

**INSTRUCTIONS**: It is expected that problems be resolved in an informal manner. Grievance policy procedures CD-150500 before filing a grievance. Your grievance must be typed or legibly printed so as to be legible after microfilming. The grievance must be filed with the appropriate Grievance Officer to be valid. Copies sent elsewhere will be considered informational copies only and require no response.

**STEP 1 - Grievance:** Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary.

See following ( enclosed exhibit A.
Medical Request Returned denied – )

Inmate's Signature: _Ng_  Date: _5-5-2017_.

**Relief Requested:**

See following Contained therein –

**STEP 2 – To Be Completed by the Grievance Officer:**

A. __ Your grievance is **accepted** for consideration.
B. __ Your grievance is **being returned** to you because of the following reason:
    __ 1. The grievance is not readable.
    __ 2. The matter has been answered in previous grievance #: _____
    __ 3. The grievance concerns material not grievous under present policy.
    __ 4. The grievance is a group grievance or petition. (Submit individually.)
    __ 5. The grievance is not timely.
    __ 6. Other Specify: _____

    _____

Grievance Officer's Signature: _____  Date: _____

i Am being denied Medical Attention
for my Serious And deadly Hep.t.tus disease.
Nothing what-So-ever to treat the Symptoms nor
the disease.

i Am Constantly Sick weak And Ach.
i Suffer Juandice, And Am being denied equal
protections used of the law, due process, And
forced to Suffer Cruel And unusually

X - Rick Gonzales #48218.

Relif Requested. 1 Million dollars - Medicals practices changed
And fixed. Allowed treatment for illness And
Symptoms, intended to treat And Cure And
Medical informed All have the right to Seek And
obtain Medical treatment.

# ⊏⊏Centurion
### of New Mexico

## Response to Inmate Formal Grievance

| | |
|---|---|
| Inmate Name | Gonzales, Nick |
| NMCD # | 48218 |
| Date of Formal Grievance | 5-5-2017 |
| Date of Incident | 4-29-17 |
| Date Received | 5-15-17 |
| Date Answered | 5-22-17 |
| Nature of Grievance | Patient is requesting HCV treatment |
| Requested Relief | One million dollars and medical practice change |
| Response/Resolution | Attached is the current guidelines and an email showing current priority of patients being given Hepatitis

Under the State of New Mexico's guidance, you currently fall into priority 4 Stage 0-1 fibrosis and all other cases of Hepatitis C. You fall into this category because your APRI is 0.361

Your other disqualifiers are: Disciplinary and Compliance with appointments/medication.

You are not being denied medical attention as you are followed by medical in Chronic Clinic and you are able to access medical care through a health service request.

You are not being denied equal protection under the law because everyone with Hepatitis C must meet the same qualifiers. |
| Prepared By | P. Farnum, H.S.A. |

**MEMORANDUM**   Exhibit



**Northeast New Mexico Detention Facility**
185 Dr. Michael Jenkins Road
Clayton, New Mexico  88415

Date:    May 25, 2017

www.geogroup.com

To:    Nick Gonzales #48218
cc:    File

From:    J. Beatty Grievance Lieutenant

**RE:   GRIEVANCE INVESTIGATION AND RECOMMENDATION LOG 17-05-12**
On May 15, 2017 Grievance was received from Nick Gonzales #48218. This grievance is filed concerning your medical treatment. You state you are being denied medical treatment for your condition. You are not being denied medical attention as you are treated at Chronic Clinic. You are classified as a Priority 4 as specified in the plans prescribed for treatment and classification. All inmates follow the same qualifiers and classification.

**RECOMMEND GRIEVANCE BE RESOLVED.**

_____          May 25, 2017
Grievance Lieutenant's Signature                              Date

**STEP 4 – Decision Of Warden/Designee:**

Denied ( )       Granted ( )       Dismissed ( )       Resolved (✓)       Referred ( )

_____          5-30-17
Signature                                                                    Date
Date Returned To Inmate: 5/31/17

## V.   PRAYER

WHEREFORE it is demanded the Court issue judgment against the defendant(s) as follows:

_Damage Junctions ordered_

_All Court Costs Paid by defendants, but because_

_of their Conduct this action would not have_

_been brought._

_And._

_100,000 dollars in Compensary and punitive damages._

_10-17-2017_ .                          Respectfully Submitted,

Date                                      _Rick Gonzalez_ .
                                          Signature  _Po Box 1059 Santa fe_
                                          _N.M 87504_

[THIS NEXT SECTION MUST BE COMPLETED BEFORE A NOTARY PUBLIC]

I, the Affiant, first being duly sworn have read the foregoing pleading and declare that the information contained therein is true and correct to the best of my knowledge.

                                          /s/ _____

STATE OF NEW MEXICO

COUNTY OF _Santa fe_ .

SUBSCRIBED AND SWORN to before me this _17_ day of _October_ , 20 _07_ .

                                          _____
                                          NOTARY PUBLIC

OFFICIAL SEAL
**Fermin Lopez**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _5/19/202_

My Commission Expires: _5/19/2021_